UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. GILCHRIST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOLO COUNTY DISTRCT ATTORNEY'S OFFICE et al.,<br><br>　　　　Defendants. | No.  2:14-cv-2040 DAD P<br><br><br>ORDER |

By order filed March 30, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  Thirty days from that date have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated:  May 15, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gilc2040.fta

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 3)

1